DE KALB AVE. CO., Inc., Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by the De Kalb Avenue Company, Incorporated, against Thomas A. Clarke. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for March 15, 1915, and be ready for argument when reached,

and also stipulate that, if the orders appealed from are affirmed, he will answer within five days thereafter, and, if required, accept short notice of trial. See, also, 152 N. Y. Supp. 1107.